No. 73-7031. FOWLER v. NORTH CAROLINA. Sup. Ct. N. C. [Restored to calendar, 422 U. S. 1039.] Motion

of the Attorney General of California for leave to participate in oral argument as *amicus curiae* denied. Motion of American Ethical Union et al. for leave to file a brief as *amici curiae* granted.